UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/07/2022

MATTEL, INC.,

                                  Plaintiff

v.

AGOGO STORE, ALL NIGHT REVELRY STORE, BABELOVE STORE, BCAA STORE, BRILLIANT PARTY LIFE STORE, CHILDHOOD WORLD TOY STORE, CHIYOU TOY STORE, DIBAOLUN OFFICIAL STORE, DINOSAURMODEL TOY STORE, DREAMY DOLLS TOY STORE, EAMON'S PARTY STORE, EDUCATION FUN TOY STORE, FAIRYTALE WORLD STORE, FOSHAN 3C TRENDS TECHNOLOGY LTD., CO., FUJIAN FENGYU SICHUANG TRADE CO., LTD., FUNNY HOUR STORE, FUZHOU JOINED IMPORT & EXPORT CO., LTD., GUANGZHOU AMINA CRAFT CO., LTD., GUANGZHOU DADIOUS BABY CO., LTD., GUANGZHOU DONG YANG SILICONE PRODUCTS CO., LTD., GUANGZHOU DURCASE WIRELESS CO., LTD., GUANGZHOU FENQI LEATHER CO., LTD., GUANGZHOU HAIZHU DISTRICT QIQI GARMENT FACTORY, GUANGZHOU JIANYUAN ELECTRONIC TECHNOLOGY CO., LTD., GUANGZHOU TECSNN COMPANY LTD., HAPPY BABYS STORE, HAPPYFESTDU STORE, HENAN CHAO LIU INDUSTRIAL CO., LTD., HENAN RAINCOMING IMPORT AND EXPORT TRADING CO., LTD., KOPTUR STORE, LILIAHE OFFICIAL STORE, MAGICAL PARTY STORE, MAGICTOYWORLD STORE, MATTELS TOY STORE, MATTELS TOY WORLD STORE, MOOMBAR STORE, MUZI ANIME TOY STORE, NAN 'AN MEISHAN TOWN XINGCAI EMBROIDERY FACTORY, NINGBO TONSIN CRAFTS COMPANY LIMITED, NINGRUI (XIAMEN) TRIMMINGS CO., LTD., PLAYJOY STORE, QUANZHOU HAPPY BROTHERS TRADING CO., LTD., QUANZHOU YAER ELECTRONIC COMMERCE CO., LTD., SHANTOU CHENGHAI HUIYE TOY CO., LTD., SHANTOU CHENGHAI XTH TOYS CO., LTD., SHENZHEN DINGTU ELECTRONIC TECHNOLOGY CO., LTD., SHENZHEN DONGYUAN PLASTIC &

22-CV-2388 (VEC)

ORDER

METAL PRODUCTS MANUFACTURER, SHENZHEN FANJIN ELECTRONIC COMMERCE CO., LTD., SHENZHEN HMT TECHNOLOGY LTD., CO., SHENZHEN HUIHUAN TRADE DEVELOPMENT CO., LTD., SHENZHEN LANDFUL TEXTILE & TRADING CO., LTD., SHENZHEN LINGRUIYI TECHNOLOGY DEVELOPMENT CO., LTD., SHENZHEN MIDCASE TECHNOLOGY CO., LTD., SHENZHEN TIANYIJIAN TECHNOLOGY CO., LTD., SHENZHEN TOMSAN TECHNOLOGY CO., LTD., SHENZHEN ZERY TRADE CO., LTD., SHOP910336018 STORE, SIGADE TOY STORE, SIMCASTLE STORE, SMARTOY STORE, SO SO BEAUTIFUL TOY STORE, TIK TOK STORE, TOBAY TOY STORE, YIWU CUMAI ELECTRONIC COMMERCE CO., LTD., YIWU EASTGATE TRADING CO., LTD., YIWU F AND J JEWELRY CO., LTD., YIWU JINGUI TRADING CO., LTD., YIWU LONGLUU IMP AND EXP FIRM, YIWU MAOKAI IMPORT & EXPORT CO., LTD., YIWU YAFEINI JEWELRY CO., LTD., YIWU YUNBU IMPORT AND EXPORT CO., LTD., YIWU YUYUN TRADING CO., LTD., ZHOUKOU ZHENYA ARTS AND CRAFTS CO., LTD. and ZIBO HONGBANG INTERNATIONAL TRADE CO., LTD.,

Defendants

VALERIE CAPRONI, United States District Judge:

WHEREAS on October 14, 2022, the Court held a default judgment hearing in this matter;

WHEREAS Plaintiff has moved for default judgment against Defendant Henan Chao Liu Industrial Co., Ltd., but has not been able to serve Defendant Henan Chao Liu Industrial Co., Ltd., Dkt. 36 at 2–3.

IT IS HEREBY ORDERED that Plaintiff's time to move for default judgment against Defendant Henan Chao Liu Industrial Co., Ltd. is extended until **October 20, 2022**.

**SO ORDERED.**

**Date:   October 7, 2022**
       **New York, NY**

                            **VALERIE CAPRONI**
                        **United States District Judge**